LAW OFFICE OF TODD J. ROBERTS
Todd J. Roberts SBN 181945
16601 Ventura Boulevard
Fourth Floor
Encino, CA 91436
Tel. (818) 906-8000
Fax (818) 906-8099

Attorney for Debtor/Respondent

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>LEON M. RAMIREZ,<br>LAURA RAMIREZ,<br><br><br><br>           Debtor(s). | CHAPTER 13<br><br>Case No. RS 09-10275 MJ<br><br>NOTICE OF OPPOSITION AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS DUE TO DELINQUENT PLAN PAYMENTS; DECLARATION OF TODD J. ROBERTS IN SUPPORT THEREOF.<br><br>DATE:  February 22, 2010<br>TIME:  1:30 P.M.<br>PLACE: Courtroom 301<br>       3420 Twelfth Street<br>       Riverside, CA 92501 |

TO: THE HONORABLE MEREDITH J. JURY, UNITED STATES BANKRUPTCY JUDGE, ROD DANIELSON, CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that the Debtors', LEON RAMIREZ AND LAURA RAMIREZ, by and through counsel, Todd J. Roberts, hereby opposes the Trustee's Motion to Dismiss filed herein on the grounds that the debtor will cure the alleged delinquency on or before the date of the above-captioned hearing, *or, in the alternative*, counsel will serve and file an appropriate motion to modify/suspend

1 | payments to resolve the delinquency issue.
2 |     This opposition is based upon this opposition, the attached
3 | Declaration of the Debtor's counsel Todd J. Roberts, in support
4 | thereof, the case file, and such other evidence as may be presented
5 | at the time of hearing.
6 |     **WHEREFORE,** the undersigned prays that the Trustee's Motion to
7 | Dismiss be denied.

Dated: January 15, 2010

Respectfully Submitted,

Law Offices of Todd J. Roberts

By: _____
TODD J. ROBERTS
Attorney for Debtors

-2-

# DECLARATION OF TODD J. ROBERTS

## U.S.B.C. CASE NO.: RS 09-10275 MJ

I, TODD J. ROBERTS, declare:

I know the following facts to be true from my own personal knowledge, except those facts which are stated on information and belief and as to those facts I believe them to be true. I could and would competently testify under oath to the truthfulness of the following facts:

1. On or about January 15, 2010, I received a document entitled Trustee's Motion to Dismiss due to plan payment delinquency.

2. On or before the hearing, the debtor expects to resolve the delinquency issue by tendering a full or partial cure and, if necessary, I will file a motion to modify the confirmed Chapter 13 plan to suspend sufficient payments to resolve the delinquency issue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge. Executed at Los Angeles, California on this 15th day of January, 2010.

_____
Todd J. Roberts
Attorney at Law

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16601 VENTURA BLVD., 4TH FLOOR, ENCINO, CA 91436

A true and correct copy of the foregoing document described **NOTICE OF OPPOSITION AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS DUE TO DELINQUENT PLAN PAYMENTS; DECLARATION OF TODD J. ROBERTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __1/15/ 2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Leon M. Ramirez
Laura Ramirez
4006 Philadelphia Street
Chino, CA 91710

Rod Danielson, Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/15/2010 | LIVIER MEJIA | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |