Todd J. Roberts, Esq. SBN 181945
LAW OFFICES OF TODD J. ROBERTS
16601 Ventura Boulevard
Fourth Floor
Encino, CA 91436
Tel. (818) 906.8000
Fax (818) 906.8099

Attorney for Debtor/Movant

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| Leon M Ramirez,<br>Laura Ramirez, | Case No. RS 6:09-bk-10275 MJ |
| | NOTICE OF OPPOSITION AND NOTICE OF HEARING ON OPPOSITION TO TRUSTEE'S MOTION TO DISMISS DUE TO DELINQUENT PLAN PAYMENTS; DECLARATION OF TODD J. ROBERTS IN SUPPORT THEREOF. |
| Debtor/Movant. | |
| | DATE:      June 6, 2011<br>TIME:      1:30 P.M.<br>PLACE:    Courtroom 301<br>              3420 Twelfth Street<br>              Riverside, CA 92501 |

**TO:  THE HONORABLE MEREDITH JURY, UNITED STATES BANKRUPTCY JUDGE, ROD DANIELSON, CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

   **PLEASE TAKE NOTICE** that the Debtors,  Leon M. Ramirez and Laura Ramirez by and through counsel, Todd J. Roberts, hereby opposes the Trustee's motion to dismiss filed herein on the grounds that the debtors' will cure the alleged delinquency on or before the date of the above-captioned hearing, or, in the alternative, counsel will serve and file an appropriate

i

---

NOTICE OF OPPOSITION AND OPPOSITION TO TRUSTEE'S MOTION TO
DISMISS DUE TO DELINQUENT PLAN PAYMENTS.

1    motion to modify debtors' confirmed chapter 13 plan and suspend sufficient payments to resolve

2    the delinquency issue.

3        This opposition is based upon the attached declaration of counsel for the debtors', the

4    case file, and other such evidence as may be presented at the time of hearing.

5        **WHEREFORE,** the undersigned prays that the Trustee's Motion to Dismiss be denied.

6

7

8    Dated:       April 28, 2011                   Respectfully Submitted,

9                                              Law Offices of Todd J. Roberts

10

11                                              By: _____

12                                                  Todd J. Roberts

                                                  Attorney for Debtor

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF OPPOSITION AND OPPOSITION TO TRUSTEE'S MOTION TO
DISMISS DUE TO DELINQUENT PLAN PAYMENTS.**

**DECLARATION OF TODD J. ROBERTS**

**U.S.B.C. CASE NO.: RS 6:09-bk-10275 MJ**

**I, TODD J. ROBERTS,** declare:

I know the following facts to be true from my own personal knowledge, except those facts which are stated on information and belief, and as to those facts, I believe them to be true. I could and would competently testify under oath to the truthfulness of the following facts:

1.    On or about April 15, 2011, I was notified via email of the document entitled Trustee's Motion to Dismiss due to plan payment delinquency.

2.    On or before the hearing, the debtors' expect to resolve the delinquency issue by tendering a full or partial cure and, if necessary, I will file a motion to modify the confirmed Chapter 13 plan to suspend sufficient payments to resolve the delinquency issue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge. Executed in Encino, California on this 28th day of April, 2011.

_____
Todd J. Roberts
Attorney at Law

iii

**DECLARATION OF ATTORNEY TODD J. ROBERTS IN SUPPORT OF DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Law Offices of Todd Roberts, 16601 VENTURA BLVD., 4TH FLOOR, ENCINO, CA 91436

A true and correct copy of the foregoing document described **NOTICE OF OPPOSITION AND NOTICE OF HEARING ON OPPOSITION TO TRUSTEE'S MOTION TO DISMISS DUE TO DELINQUENT PLAN PAYMENTS; AND DECLARATIONS OF DEBTOR'S ATTORNEY TODD J. ROBERTS, IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

                                                       ☐  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ____4/28/2011____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Leon M. Ramirez | Rod Danielson, Trustee |
| Laura Ramirez | 4361 Latham Street, Suite 270 |
| 4006 Philadelphia Street | Riverside, CA 92501 |
| Chino, CA 91710 | |

                                                       ☐  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _4/28/2011_ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
**Honorable Judge Meredith A. Jury**
**21041 Burbank Boulevard, Suite 325**
**Riverside, CA 92501**

                                                       ☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|
| 4/28/2011 | LIVIER MEJIA | |