| | |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>4361 Latham Street, Suite 270<br>Riverside, CA  92501-1749<br>(951) 826-8000   FAX (951) 826-8090<br><br>☒ Chapter 13 Trustee | FOR COURT USE ONLY |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER  13<br>CASE NUMBER 6: 09-10275 MJ |
| In re:<br><br>LEON & LAURA RAMIREZ<br><br><br>Debtor(s). | HEARING: 8/8/11 AT 1:30 PM<br>CTRM. 301 |

**TRUSTEE'S COMMENTS ON OR OBJECTION TO:**

☒ OTHER:   EX PARTE MOTION TO VACATE DISMISSAL ORDER

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on ____07/14/11____ as docket entry number ___83___, recommends:

☒   The Trustee does not oppose vacating the dismissal order in this case so long as the following conditions are met:

(1)   All creditors are entitled to notice of debtor's motion. LBR 3015-1(x). No creditors have been served at the addresses set forth on the filed proofs of claim. The court's mandatory notice of motion form has also not been filed. Debtor shall immediately serve a copy of the motion and the required notice-form on all creditors.

(2)   As of the date of the hearing, (through August 8, 2011) the delinquency will be $3,789.00. Counsel shall hold said funds in trust pending resolution of the hearing. If granted, the funds shall be forwarded to the Trustee's lockbox.

(3)   The Trustee has refunded to debtors their 2010 tax refunds totaling $3,646.00. Debtors shall either return the check to the Trustee, or if cashed, be prepared to re-submit those funds to the Trustee after the hearing on August 8, 2011. Again, counsel should be holding the funds or the trustee's check.

(4)   Although the Trustee has received tax refunds, the 2009 and 2010 state and federal returns have not been received by the Trustee. Debtors shall provide those to the Trustee prior to the date of the hearing.

Dated: July 18, 2011

*Rod Onl*
Rod Danielson, Chapter 13 Trustee

Digitally signed by Rod Danielson
DN: cn=Rod Danielson, o=Chapter 13 Trustee, ou=Chapter 13 Trustee, email=rod@rodan13.com, c=US
Date: 2011.07.18 11:36:49 -07'00'

| In re: | **LEON M RAMIREZ**<br>**LAURA RAMIREZ** | | **Chapter: 13** |
|---|---|---|---|
| | | Debtor(s) | Case Number: **6:09-bk-10275-MJ** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **Trustee Comments (vacate dismissal order)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ___7-19-11___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
LEON M RAMIREZ
LAURA RAMIREZ
4006 PHILADELPHIA STREET
CHINO, CA  91710

Attorney for Debtor
TODD J ROBERTS
16601 VENTURA BLVD
FOURTH FLOOR
ENCINO, CA  91436

☐ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7-19-11 | Susan Jones | *Susan Jones* |
|---|---|---|
| Date | Type Name | Signature |

FG:173-POS